## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LIYA MIRANOWIC,** *et al.* | : CIVIL ACTION |
| | : |
| v. | : NO. 18-5216 |
| | : |
| **BRANDON R. WIND, ESQ.,** *et al.* | : |

## ORDER

**AND NOW**, this 18th day of December 2018, upon the Plaintiff failing to show cause as to why we should not dismiss this case for lack of subject matter jurisdiction under our December 7, 2018 Order (ECF Doc. No. 2), and finding no basis to retain subject matter jurisdiction, it is **ORDERED** this case is **DISMISSED without prejudice** for lack of subject matter jurisdiction. The Clerk of Court shall **close** this case.

*/s/ Kearney*
KEARNEY, J.